584 A.2d 241
STATE OF NEW JERSEY v. SHERYL JACKSON.

June 11, 1990.

Petition for certification denied.

584 A.2d 241
STATE OF NEW JERSEY v. LINDA DELUCA.

June 11, 1990.

Petition for certification denied.

584 A.2d 241
STATE OF NEW JERSEY v. JOSEPH BLACK,
A/K/A EDDIE DENNIS.

June 11, 1990.

Petition for certification denied.

584 A.2d 241
STATE OF NEW JERSEY v. DAISEY VESSELS.

June 11, 1990.

Petition for certification denied.

584 A.2d 241
STATE OF NEW JERSEY v. JOSEPH MICHAEL AMATEL.

June 11, 1990.

Petition for certification denied.